UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Robert G. Gelly

Case No.: 17-18003
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __08/29/17__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 295 Summerset<br>West Deptford, NJ<br>Value $140,000.00 |
|---|---|

| Liens on property: | Shellpoint<br>$276,000.00 |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18003-ABA
Robert G. Gelly                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 1             Date Rcvd: Jul 31, 2017
                               Form ID: pdf905             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db          +Robert G. Gelly,    630 Lynn Ave,    West Deptford, NJ 08096-1489
516777444   +Angela Kirwin,    1112 Harker Avenue,    Woodbury, NJ 08096-1124
516777446   +ERC,   PO Box 57547,    Jacksonville, FL 32241-7547
516777447   +Financial Recoveries,    200 E Park Dr., Ste. 100,    Mount Laurel, NJ 08054-1297
516777448    HCFS Healthcare FInancial Services, LLC,    Akron Billing Center,    3585 RIdge Park Drive,
              Akron, OH 44333-8203
516777450   +KML Law Group PC,    216 Haddon Ave, Suite 406,    Collingswood, NJ 08108-2812
516777453    New Century Financial,    c/o Pressler & Pressler, LLP,    7 Entin Road,
              Parsippany, NJ 07054-5020
516781277   +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516777454   +Pluese, Becker & Saltzman,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516777455   +Shellpoint,    PO BOX 740039,   Cincinnati, OH 45274-0039
516777456    Specialized Loan Services,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
516777457   +Trident Asset Management,    PO Box 88424,   Atlanta, GA 30356-8424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2017 23:24:21     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2017 23:24:18     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516777445   +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 31 2017 23:28:08
              Capital One Auto Finance,    3901 N Dallas Pkwy,   Plano, TX 75093-7864
516777451   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2017 23:24:17     Midland Funding,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
516777452   +E-mail/PDF: bankruptcy@ncfsi.com Jul 31 2017 23:28:36     New Century Financial,
              110 South Jefferson Road,    #104,   Whippany, NJ 07981-1038
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516777449        KML
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
          Andrew B. Finberg    on behalf of Debtor Robert G. Gelly andy@sjbankruptcylaw.com,
           abfecf@gmail.com;r39848@notify.bestcase.com
          Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian Thomas     brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSETBACKED CERTIFICATES, SERIES 2007-7
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5