

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>HONIG & GREENBERG, L.L.C.<br>By: Adam D. Greenberg<br>1949 Berlin Road<br>Suite 200<br>Cherry Hill, N.J. 08003-3737<br>(856) 770-0990<br>Attorneys for Tower Fund Services as Custodian for Ebury Fund 1 NJ, LLC | Order Filed on September 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Robert Gelly | Case No.: 17-18003<br><br>Hearing Date:<br><br>Judge: |

## CONSENT ORDER FOR RETROACTIVE STAY RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 6, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:     GELLY, Robert G.
Case No:    17-18003
Caption:    Consent Order for Retroactive Stay Relief

---

Upon consideration of the consent of the parties for an Order for relief from the automatic stay, and good cause appearing therefore, it is hereby

**ORDERED** that:

1. The automatic stay of Bankruptcy Code section 362(a) is vacated *retroactively to June 4, 2017* to permit the movant, its heirs or assigns, to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose tax sale certificate(s) held by the movant only upon land and premises commonly known as 295 Somerset Road, Block 510, lot 11, Deptford Township, Gloucester County, New Jersey;

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) on the property described in paragraph one above;

3. The relief in this order is retroactive so as to validate the filing on June 5, 2017 of a foreclosure action, Tower Fund Services as Custodian for Ebury Fund 1 NJ, L.L.C. v. Gelly, F-13889-17, as well as all steps taken in connection with that action.

I/we consent to the form and entry of this Order.

/s/ Adam D. Greenberg                                   /s/ Andrew Finberg, Esq.
Attorney for Creditor                                   Attorney for Debtor
Tower Fund Services as Custodian for Ebury Fund 1 NJ, L.L.C.    Robert G. Gelly

END OF ORDER.