| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>HONIG & GREENBERG, L.L.C.<br>By: Adam D. Greenberg<br>1949 Berlin Road<br>Suite 200<br>Cherry Hill, N.J. 08003-3737<br>(856) 770-0990<br>Attorneys for Tower Fund Services as Custodian for Ebury Fund 1 NJ, LLC | Order Filed on September 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Robert Gelly | Case No.: 17-18003<br><br>Hearing Date:<br><br>Judge: |

## CONSENT ORDER FOR RETROACTIVE STAY RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 6, 2017

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:      GELLY, Robert G.
Case No:    17-18003
Caption:     Consent Order for Retroactive Stay Relief

---

Upon consideration of the consent of the parties for an Order for relief from the automatic stay, and good cause appearing therefore, it is hereby

**ORDERED** that:

1. The automatic stay of Bankruptcy Code section 362(a) is vacated *retroactively to June 4, 2017* to permit the movant, its heirs or assigns, to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose tax sale certificate(s) held by the movant only upon land and premises commonly known as <u>295 Somerset Road, Block 510, lot 11, Deptford Township, Gloucester County, New Jersey</u>;

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) on the property described in paragraph one above;

3. The relief in this order is retroactive so as to validate the filing on June 5, 2017 of a foreclosure action, Tower Fund Services as Custodian for Ebury Fund 1 NJ, L.L.C. v. Gelly, F-13889-17, as well as all steps taken in connection with that action.

I/we consent to the form and entry of this Order.

/s/ Adam D. Greenberg                                                   /s/ Andrew Finberg, Esq.
Attorney for Creditor                                                        Attorney for Debtor
Tower Fund Services as Custodian for Ebury Fund 1 NJ, L.L.C.    Robert G. Gelly

END OF ORDER.

United States Bankruptcy Court
District of New Jersey

In re:
Robert G. Gelly
    Debtor

Case No. 17-18003-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 07, 2017
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
db          +Robert G. Gelly,    630 Lynn Ave,    West Deptford, NJ 08096-1489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
       Adam D. Greenberg    on behalf of Creditor    Tower Fund Services as Custodian for Ebury Fund 1 NJ, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
       Andrew B. Finberg    on behalf of Debtor Robert G. Gelly andy@sjbankruptcylaw.com, abfecf@gmail.com;r39848@notify.bestcase.com
       Brian Thomas    on behalf of Trustee Brian Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
       Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSETBACKED CERTIFICATES, SERIES 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                 TOTAL: 6